IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLIFFORD T. NEWMAN, :
    Plaintiff, :
    v. : Case No. 3:06-cv-214-KRG-KAP
JEFFREY A. BEARD, SECRETARY, :
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, MICHAEL GREEN, :
CHAIR OF THE PENNSYLVANIA :
BOARD OF PROBATION AND PAROLE, :
and DIANE L. DOMBACH, DIRECTOR, :
SEXUAL OFFENDERS ASSESSMENT :
BOARD, :
    Defendants :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 30, 2008, docket no. 30, recommending that the defendants' motion to dismiss the amended complaint, docket no. 19, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to file written objections to the Report and Recommendation. Plaintiff filed timely objections, docket no. 33, which restate the claims made in the complaint.

After de novo review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 20th day of May, 2008, it is

ORDERED that the defendants' motion to dismiss the amended complaint, docket no. 19, is granted, and the complaint is dismissed for failure to state a claim. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Clifford T. Newman AT-0783
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000